

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-20-00096-CR

Ricky **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5992
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on March 30, 2020. *See* Tex. R. App. P. 35.1. After the due date, court reporter Heather Collins filed a notification of late record. She explained that she cannot at present access the exhibits in the courthouse because of the COVID-19 isolation restrictions that are scheduled to be in place through April 30, 2020. She requested an extension of time to file the record until May 1, 2020.

The reporter's request for an extension of time to file the reporter's record is GRANTED. *See id.* R. 2, 35.3(c) (limiting, under normal circumstances, an extension in a regular appeal to thirty days). The reporter's record is due on May 1, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court